ACCEPTED
11-17-00172-cr
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
7/3/2017 10:55 AM
SHERRY WILLIAMSON
CLERK

Appellate Docket Number:     11-17-00172-CR

Appellate Case Style: Style:     Martin Shawn Carswell

Vs.     State of Texas

Companion Case:     none

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS

07/03/17 10:55:31 AM

SHERRY WILLIAMSON
Clerk

Amended/corrected statement:  ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:  11th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I.  Appellant | II.  Appellant Attorney(s) |
|---|---|
| First Name:  Martin | ☐ Lead Attorney |
| Middle Name:  Shawn | First Name:  Andrew |
| Last Name:  Carswell | Middle Name: |
| Suffix: | Last Name:  Ottaway |
| Appellant Incarcerated?  ☒ Yes  ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed          ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained           ☐ Public Defender |
| | Firm Name: |
| | Address 1:  PO Box 1679 |
| | Address 2: |
| | City:  Granbury |
| | State:  Texas          Zip+4:  76048 |
| | Telephone:  817-573-7823     ext. |
| | Fax:  817-579-1104 |
| | Email:  ottaway9@swbell.net |
| | SBN:  15342850 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: Alan

Middle Name:

Last Name: Nash

Suffix:

☐ Appointed        ☒ District/County Attorney

☐ Retained         ☐ Public Defender

Firm Name:

Address 1: PO Box 30

Address 2:

City: Stephenville

State: Texas        Zip+4: 76401

Telephone: 254-965-1462    ext.

Fax: 254-965-5543

Email: da@co.erath.tx.us

SBN: 24027680

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Intoxication Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: May 15, 2017

Offense charged: DWI 3rd or More

Date of offense: 10/05/2015

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: June 21, 2017

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 20 years

Is the appeal from a pre-trial order?  ☐ Yes  ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes  ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other: ☐ Yes  ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA    If yes, date filed: December 17, 2015

Date of hearing: December 17, 2015  ☐ NA

Date of order: December 17, 2015  ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA    If granted or denied, date of ruling: December 17, 2015

## VIII. Trial Court And Record

Court: 266th District Court

County: Erath

Trial Court Docket Number (Cause no): CR14590

Trial Court Judge (who tried or disposed of the case):

First Name: Jason

Middle Name:

Last Name: Cashon

Suffix:

Address 1: 112 West College Street

Address 2:

City: Stephenville

State: Texas    Zip + 4: 76401

Telephone: 254-965-1485    ext.

Fax: 254-965-4287

Email: districtcourt@co.erath.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District    ☐ County

Was clerk's record requested?    ☒ Yes ☐ No

If yes, date requested: Jun 21, 2017

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?    ☒ Yes ☐ No

Was reporter's record requested?    ☒ Yes ☐ No

Was the reporter's record electronically recorded?    ☐ Yes ☐ No

If yes, date requested: Jun 21, 2017

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official               ☐ Substitute

First Name: Thomas

Middle Name:

Last Name: Johnson

Suffix:

Address 1: 112 West College Street

Address 2:

City: Stephenville

State: Texas    Zip + 4: 76401

Telephone: 254-965-1485    ext.

Fax: 254-965-4287

Email: districtcourtreporter@co.erath.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: none                                    Court:

Style:

    Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                Date: July 3, 2017

_____
                                                      State Bar No: 15342850
Printed Name:

Electronic Signature: /s/Andrew Ottaway               Name:
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on July 3, 2017 .

_____

Signature of counsel (or pro se party)          Electronic Signature: /s/Andrew Ottaway
                                                    (Optional)

                                                State Bar No.: 15342850

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: July 3, 2017

Manner Served: Email

First Name: Alan

Middle Name:

Last Name: Nash

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State Texas          Zip+4:

Telephone:          ext.

Fax:

Email: da@co.erath.tx.us